1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 2:23-MC-00031-WBS-KJN

12            Plaintiff,                    **FINAL ORDER OF CONTINUING**
                                            **GARNISHMENT**
13         v.
                                            Criminal Case No. 2:08-CR-00318-MCE
14   ROMMEL ANTOLIN,

15            Debtor.

16   _____

17   DEXCOM, INC.,

18            Garnishee.

19   _____

20        On April 20, 2023 the magistrate judge filed findings and recommendations (ECF No.

21   12), which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within fourteen (14) days.  No objections were

23   filed.  Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United

24   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

25   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

26   1983).

27        The court has reviewed the applicable legal standards and, good cause appearing,

28   concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

                                            1

IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 12) are ADOPTED IN FULL;

2.  Dexcom, Inc., is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Debtor Rommel Antolin's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

3.  Dexcom, Inc., is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of the filing of the Final Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
>
> 501 I St., Rm. 4-200
>
> Sacramento, CA 95814

The criminal docket number (2:08-CR-00318-MCE) shall be stated on the payment instrument;

4.  The United States is entitled to recover a $31,353.76 litigation surcharge after satisfaction of the judgment amount owed by Rommel Antolin.  Garnishee shall pay the litigation surcharge to the United States Department of Justice, who will provide payment instructions to the Garnishee concurrently with service of the final order;

5.  The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

6.  The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount and litigation surcharge are fully satisfied.

Dated: May 12, 2023

/s/ John A. Mendez for
THE HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2