IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROMMEL ANTOLIN,<br><br>　　　　Debtor.<br><br>―――――――――――――――<br><br>DEXCOM, INC.,<br><br>　　　　Garnishee. | Case No. 2:23-MC-00031-WBS-KJN<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:08-CR-00318-MCE |

　　　　The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED that:

　　　　1.　　Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Continuing Garnishment previously issued against defendant/debtor, Rommel Antolin, on January 19, 2023, is hereby TERMINATED; and

　　　　2.　　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

　　　　IT IS SO ORDERED.

Dated:  June 28, 2023

anto.31

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE